FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

DEC 2 0 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America )
v. )
) Case No. DR-21-2284M-01
Jesus GAYTAN III )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 17, 2021__ in the county of __Kinney__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 2252A(a)(5)(B) | Possession of Child Pornography. |
| 18 U.S. Code § 2251 | Production of Child Pornography. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew McCormick, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/17/2021__

_____
*Judge's signature*

City and state: __Del Rio, Texas__

Collis White, United States Magistrate Judge
*Printed name and title*

## Attachment A

On December 17, 2021, Homeland Security Investigations (HSI) Del Rio was contacted by the Texas Department of Public Safety (TXDPS) Texas Rangers. The TX Ranger advised HSI that a TXDPS trooper conducted a traffic stop near Brackettville, Texas, which is located in the Western District of Texas. During the course of the traffic stop, TXDPS troopers learned that one of the occupants, identified as Jesus GAYTAN III, had been involved in a sexual relationship with a female child, hereinafter referred to as Child Victim One (CV1), who was in the vehicle. GAYTAN provided consent for the TXDPS troopers to search his cellular device who then located a child pornography video on said device. GAYTAN III informed the TXPDS troopers that the child pornography video they located on his device was of him and CV1 engaging in sexual intercourse.

HSI Del Rio responded and conducted a post-*Miranda* interview of GAYTAN III who stated he was an actively deployed member of the Army National Guard operating in Del Rio, Texas in support of Operation Lonestar. GAYTAN III admitted he had engaged in sexual intercourse over one hundred (100) times with CV1. GAYTAN III admitted he knew CV1 was sixteen (16) years of age, and it was illegal for him to have sexual relations with CV1. GAYTAN III admitted he recorded videos of himself and CV1 engaging in sexual intercourse and possessed said files on his cellular devices.