# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | DR:22-CR-00052(1)-AM |
| § | |
| (1) JESUS GAYTAN III § | |

## ORDER RESETTING SENTENCING

　　IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Wednesday, November 29, 2023 at 11:40 AM**.

　　IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

　　IT IS SO ORDERED this 20th day of October, 2023.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE